**AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

## JUDGMENT IN A CIVIL CASE

RICHARD L. ASSAN,

    Plaintiff,

V.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendants.        /

CV-S-00-1461-LDG(PAL)

FILED AUG - 6 2001
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY ____ DEPUTY

___ **Jury Verdict.** This action came before the jury for a trial by the Court. The issues have been tried and the jury has rendered it's verdict.

_X_ **Decision by Court.** This action came to be considered by the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants allow judgment to be take by Plaintiff, against them in this action, in the total amount of twenty thousand dollars ($20,000.00), inclusive of costs and attorney's fees accrued to date.

August 6, 2001
Date

LANCE S. WILSON
Clerk



Katny Gasich
(By) Deputy Clerk

